ACCEPTED
03-15-00796-CR
13897744
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/21/2016 10:55:18 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00796-CR

| | | |
|---|---|---|
| JOSE FERNANDEZ-MADRID | § | IN THE COURT OF APPEALS |
| | § | 3rd COURT OF APPEALS |
| | § | AUSTIN, TEXAS |
| v. | § | THIRD DISTRICT |
| | § | 11/21/2016 10:55:18 AM |
| | § | JEFFREY D. KYLE |
| STATE OF TEXAS | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/21/2016 10:55:18 AM
JEFFREY D. KYLE
Clerk

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

NOW COMES THE STATE OF TEXAS, Appellee, by and through her Assistant District Attorney, and moves the Court, pursuant to Texas Rule of Appellate Procedure 38.6(d), to extend the deadline for filing the State's brief. In support of its motion, the State would show the Court the following:

1. The State's Brief in this case is due on November 21, 2016.

2. No previous extensions of time have been requested by the State or granted by this Court.

3. Appellant's brief was filed in this Court on October 20, 2016.

4. The Williamson County District Attorney's Office has only two appellate attorneys—Mr. Pezas and Mr. Sakaida—and both have been handling a variety of matters, including continuing to review, analyze, provide discovery to the Harris County Public Defender's office in a large number of cases which may implicate the issue of DNA mixture protocols for CPI/CPE analysis and continuing to provide analysis and advice to trial courts and trial prosecutors regarding legal

1

issues and motions to suppress.

5. The Williamson County District Attorney's office has numerous time consuming pending post-conviction matters, including direct appeals, petitions for discretionary review, applications for writ of habeas corpus, and an ongoing capital murder appeal process.

6. Mr. Sakaida recently filed an answer and proposed order designating issues in *Ex parte Weatherford*, 12-0465-K277A, an application for writ of Habeas Corpus on November 4, 2016.

7. Mr. Sakaida recently filed a brief with this Court in *Oden v. State*, No. 03-16-00055-CR on November 15, 2016.

8. Mr. Prezas recently filed a memorandum of law and proposed findings of fact and conclusions of law in *Ex parte Mclure*, 12-0465-K277A, an application for writ of Habeas Corpus on November 7, 2016.

9. Mr. Prezas is currently working intensively on *Thomas v. State*, AP-77,052, a death penalty appeal made directly to the Court of Criminal Appeals.

10. Mr. Prezas and Mr. Sakaida will be out of the office for some time over the holidays in the upcoming months.

11. The Williamson County District Attorney's Office is in a period of transition as the current elected District Attorney will cease her duties at the end of the year and a new District Attorney will assume those duties in January. As part of this

transition the office has experienced a loss of staff and attorneys not likely to be replaced prior to January. These losses include the legal assistant to the appellate division and require both attorneys in the appellate division currently, as well as others in the office, to complete a variety of tasks not normally assigned to them in addition to their regular duties. This, in turn, means further time is necessary to complete these regular duties.

12. For the foregoing reasons, The State respectfully requests that the deadline for filing its brief in the above stated cause be extended for an additional sixty (60) days from the current due date of November 21, 2016, to January 20, 2017.

WHEREFORE, PREMISES CONSIDERED, the State of Texas respectfully requests that this Court grant its motion for an extension of time and extend the State's deadline to file its brief to January 20, 2017.

Respectfully submitted,

**Jana Duty**
District Attorney
Williamson County, Texas

/s/ Daniel Sakaida
Daniel Sakaida
Assistant District Attorney
State Bar Number 24084601
405 Martin Luther King #1
Georgetown, Texas 78626
(512) 943-1248
(512) 943-1255 (fax)
daniel.sakaida@wilco.org

3

Certificate of Service

This is to certify that on November 21, 2016, a copy of the foregoing motion has been sent to Appellant's attorney of record, Dal Ruggles, 1103 Nueces St., Austin, TX, 78701 by eservice at Dal@RugglesLaw.com

/s/ Daniel Sakaida
Daniel Sakaida